Certificate Number: 12433-PAE-DE-029892465

Bankruptcy Case Number: 17-15843



12433-PAE-DE-029892465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2017, at 5:03 o'clock PM EDT, James Anthony Biscoe, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 18, 2017        By:   /s/Candace Jones

                                  Name:  Candace Jones

                                  Title:  Counselor