IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   James A Biscoe, Jr.           ) Chapter 13
         Debtor                        )
                                       ) No 17-15843-JKF
                                       )
                                       )

### CERTIFICATE OF SERVICE

I, David M. Offen, attorney for the above named Debtor, hereby certifies that a true and correct copy of the Motion for Contempt and for Sanctions dated April 19, 2018, was served upon the following secured creditors and interested parties via first class mail on April 19, 2018:

Mariner Finance, LLC
Attention: Erica Cumberland
8211 Town Center Drive
Nottingham, MD 21236

The following have been served via electronic mail:

Mariner Finance, LLC
8211 Town Center Drive
Nottingham, MD 21236
Email: mkirk@marinerfinance.com

/s/David M. Offen
David M. Offen
Attorney for Debtor