```
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 17-15843-jkf
James A Biscoe, Jr.                                                Chapter 13
         Debtor            CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2           Date Rcvd: Feb 26, 2020
                              Form ID: pdf900          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +James A Biscoe, Jr.,   5417 Ella Street,   Philadelphia, PA 19120-3043
13986673       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14045233       +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
13975413        Kia Finance,   PO Box 62907,   El Dorado Hills, CA 95762
14043052       +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904
13975416       +Mariner Finance, Llc,   8211 Town Center Dr,   Baltimore, MD 21236-5904
13975418       +PGW,   Credit and Collections Department,   800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13975419       +Philadelphia Self Storage,   1910 South Columbus Blvd,   Philadelphia, PA 19148-2820
13975420       +Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
13975421        Temple University Physicians,   P.O. Box 827783,   Philadelphia, PA 19182-7783
14037290       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  U.S. Bank National Association,   Bankruptcy Department,
                 PO Box 108,   St Louis, MO 63166-0108)
14009243        Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
13975424       +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 27 2020 03:28:26
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 27 2020 03:28:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14044759        E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:53     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13975414       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:27:29     Capital One,
                 Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
13975415       +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 27 2020 03:28:57     Harley Davidson Financial,
                 Attention: Bankruptcy,   Po Box 22048,   Carson City, NV 89721-2048
14049608       +E-mail/Text: blegal@phfa.org Feb 27 2020 03:28:31     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,   Harrisburg, PA 17101-1406
13975417       +E-mail/Text: blegal@phfa.org Feb 27 2020 03:28:31     Pa Housing Finance Age,   Po Box 8029,
                 Harrisburg, PA 17105-8029
13975423        E-mail/Text: megan.harper@phila.gov Feb 27 2020 03:28:52     Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Mariner Finance LLC,   c/o Demetrios Tsarouhis,   21 S. 9th Street,   Allentown
13975422*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                 (address filed with court:  US Bank/Rms CC,   Card Member Services,   Po Box 108,
                 St Louis, MO 63166)
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                     Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Feb 26, 2020
                              Form ID: pdf900          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor James A Biscoe, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DEMETRIOS    TSAROUHIS    on behalf of Creditor    Mariner Finance LLC tsarouhis@hotmail.com,
               noticemebankruptcyfilings@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| JAMES A  BISCOE JR | |
| | : Chapter 13 |
| Debtor(s) | : Bankruptcy No. 17-15843JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: February 26, 2020**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA PA 19106-

JAMES A  BISCOE JR
5417 ELLA STREET
PHILADELPHIA, PA 19120